THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN E. SCUDDER, Respondent.

*People* v. *Scudder*, 177 App. Div. 225, affirmed.
(Argued October 10, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 2, 1917, which reversed a judgment of the Delaware County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Charles R. O'Connor* and. *Hamilton J. Hewitt* for appellant.

*Alexander Neish* for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.